AO 451 (Rev. 12/12) Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
for the
District of New Jersey ▼

| | |
|---|---|
| MICHAEL ALFARO ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 22-CV-06231 |
| THE IBUN GROUP, LLC & SULEMAN IDDRISSU ) | |
| *Defendant* ) | |

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)*    05/17/2023    .

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

Date: 10/26/2023

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
NEWARK DIVISION

| | |
|---|---|
| Michael Alfaro,<br><br>Plaintiff,<br><br>v.<br><br>The Ibun Group, LLC and Suleman I. Iddrissu, an individual,<br><br>Defendants. | CIVIL ACTION NO.: 2:22-CV-06231<br><br>ORDER |

This matter having been opened to the Court by Hall Booth Smith, P.C., Attorneys for Plaintiff, Michael Alfaro, as a Motion for Entry of Default Judgment pursuant to F.R.C.P. 55(b)(1); and the Court having reviewed Plaintiff's filings, and for good cause shown

**IT IS** on this 17th day of May, 2023;

**ORDERED** that Plaintiff's Motion for Entry of Default Judgment be and is hereby **GRANTED**; and

**IT IS FURTHER ORDERED** that Judgment is hereby entered against Defendants, The IBUN Group, LLC, and Suleman Iddrissu individually, in the amount of $282,663.80, plus interest from the date of judgment as provided by statute, together with the costs of this action until the entire amount is paid; and

**IT IS FURTHER ORDERED** that this Court will retain active jurisdiction over enforcement and continued litigation of this matter.

<u>SO</u> **ORDERED.**

s/ *Susan D. Wigenton*
**HON. SUSAN D. WIGENTON**
**UNITED STATES DISTRICT JUDGE**
Dated: May 17, 2023